# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYLER HAMMOND and ANTONIA HAMMOND, | |
| Plaintiffs, | CIVIL ACTION NO. 3:09-cv-2310 |
| v. | (JUDGE CAPUTO) |
| CITY OF WILKES-BARRE, et al., | (MAGISTRATE JUDGE METHVIN) |
| Defendants. | |

# ORDER

**NOW** this 14th day of August, 2012, after consideration of Magistrate Judge Mildred E. Methvin's Report and Recommendation in this matter (Doc. 61), **IT IS HEREBY ORDERED THAT** the Report and Recommendation will be **ADOPTED IN PART AND REJECTED IN PART** as follows:

1. Count I will be **DISMISSED WITH PREJUDICE**;

2. Plaintiffs' claim for substantive due process under the Fourteenth Amendment will be **DISMISSED WITH PREJUDICE**;

3. Plaintiffs' claim for due process under the Fifth Amendment will be **DISMISSED WITH PREJUDICE**; and

4. Plaintiffs' official capacity claims against the individual defendants Leighton, Vinsko, and Glodzik are **DISMISSED WITH PREJUDICE**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge