# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYLER HAMMOND and ANTONIA HAMMOND,** : | |
| : | |
| Plaintiffs : | CIVIL ACTION NO. 3:09-2310 |
| : | |
| v. : | (JUDGE MANNION) |
| : | |
| **CITY OF WILKES-BARRE** *et al.*, : | |
| : | |
| Defendants | |

## O R D E R

In light of today's memorandum, **IT IS HEREBY ORDERED THAT**:

**(1)** Defendants' motion for summary judgment, (Doc. 98), is **GRANTED**;

**(2)** Plaintiffs' motion for summary judgment, (Doc. 99), is **DENIED**;

**(3)** Plaintiffs' §1983 claims against Leo Glodzik III are **DISMISSED**;

**(4)** Plaintiffs' state law claims are **DISMISSED** pursuant to 28 U.S.C. §1367(c)(3);

**(5)** Defendants' motion to strike, (Doc. 111), is **DISMISSED,**

**(6)** The Clerk is directed to enter judgment for defendants, and;

**(7)** The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: June 5, 2014